

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00927-CR

Jesus Geraldo **PINA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR1075
Honorable Joey Contreras, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED January 16, 2019.

_____
Liza A. Rodriguez, Justice